**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark Brandsetter<br>Bernadette Brandsetter<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 20-13111 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                              Respectfully submitted,

                              /s/Rebecca A. Solarz
                              Rebecca Solarz
                              19 Aug 2020, 17:11:19, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322