## 33007

**Above & Beyond Incorporated**

Employee: Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017
SSN: ***-**-2298
Pay Period: 05/29/2020 - 06/11/2020
Pay Date: 06/16/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 9,211.51 |
| Bonus | | | 0.00 | 84.00 |
| | | | 1,346.15 | 9,295.51 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | 8:00 | 116:42 |
| YTD | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -26.59 | -183.61 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -136.00 | -938.00 |
| Social Security Employee | -83.46 | -576.32 |
| Medicare Employee | -19.51 | -134.78 |
| PA - Income Tax | -41.33 | -285.39 |
| PA - Unemployment | -0.81 | -5.58 |
| | -307.70 | -2,123.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 538.44 |
| LST | -2.00 | -14.00 |
| | 74.92 | 524.44 |

Net Pay: 1,113.37    7,696.27

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103
Powered by Intuit Payroll

## 32151

**Above & Beyond Incorporated**

Employee: Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017
SSN: ***-**-2298
Pay Period: 05/15/2020 - 05/28/2020
Pay Date: 06/02/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 7,865.36 |
| Bonus | | | 0.00 | 84.00 |
| | | | 1,346.15 | 7,949.36 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | 8:00 | 113:48 |
| YTD | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -26.59 | -157.02 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -136.00 | -802.00 |
| Social Security Employee | -83.46 | -492.86 |
| Medicare Employee | -19.52 | -115.27 |
| PA - Income Tax | -41.33 | -244.06 |
| PA - Unemployment | -0.81 | -4.77 |
| | -307.71 | -1,815.98 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 461.52 |
| LST | -2.00 | -12.00 |
| | 74.92 | 449.52 |

Net Pay: 1,113.36    6,582.90

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103
Powered by Intuit Payroll

## 32117

**Above & Beyond Incorporated**

Employee: Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017
SSN: ***-**-2298
Pay Period: 05/01/2020 - 05/14/2020
Pay Date: 05/19/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 6,519.21 |
| PTO | 8:00 | | 0.00 | |
| Bonus | | | 0.00 | 84.00 |
| | 8:00 | | 1,346.15 | 6,603.21 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 2:54 | 8:00 | 110:54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -26.59 | -130.43 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -136.00 | -666.00 |
| Social Security Employee | -83.46 | -409.40 |
| Medicare Employee | -19.52 | -95.75 |
| PA - Income Tax | -41.33 | -202.73 |
| PA - Unemployment | -0.81 | -3.96 |
| | -307.71 | -1,508.27 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 384.60 |
| LST | -2.00 | -10.00 |
| | 74.92 | 374.60 |

Net Pay: 1,113.36    5,469.54

Powered by Intuit Payroll