| Statement of Earnings For: | | Mark A Brandstetter | | | | County of Lehigh Pennsylvania | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 5/30/2020 | Company Id | 07550 | Employee Number | 22131 | 17 South Seventh Street | | |
| Period End | 6/12/2020 | Department | 070142 | Pay Group | Cnty of Lehigh Bi | Allentown, PA 18101-2400 | | |
| Check Date | 6/19/2020 | Check Sort | 01 | SSN | XXX-XX-8215 | | | |
| Federal Filing | Married | Res State PA | | | | PA Exemptions | | PA Additional |
| Fed Exempts | 1 | Work State PA | | | | | | |
| Fed Additional | | Pay Type | Hourly | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2580310 | $0.00 | $1,588.00 | $1,076.51 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.3500 | 80.00 | 1,228.00 | 1,032.00 | 15,841.20 | SOC SEC EE | 88.03 | 1,008.76 | Pension PreTax | 79.40 | 922.82 |
| Misc Compensatn | | 72.00 | 360.00 | 388.50 | 1,942.50 | MED EE | 20.59 | 235.92 | Health PreTax | 132.53 | 1,722.89 |
| Wknd Diff 2 | | 0.00 | 0.00 | 24.00 | 48.00 | FEDERAL WH | 71.74 | 725.14 | Vision PreTax | 4.29 | 55.77 |
| Wknd Diff | | 0.00 | 0.00 | 24.00 | 24.00 | PA WH | 43.59 | 499.49 | Dental PreTax | 31.33 | 407.29 |
| Mssd Hrs Prior | | 0.00 | 0.00 | 16.00 | 245.60 | S WHITEHALL TWP | 17.04 | 195.26 | Union Dues | 20.00 | 258.00 |
| Overtime | | 0.00 | 0.00 | 8.00 | 184.20 | PA SUI EE | 0.95 | 11.07 | | | |
| Other 2020 | | 0.00 | 0.00 | 32.00 | 48.00 | S WHITEHALL TWP | 2.00 | 26.00 | | | |
| Other H-M 2020 | | 0.00 | 0.00 | 8.00 | 122.80 | | | | | | |
| *0739-09-1 | | | 1,588.00 | | | | | | | | |
| Total: | | 152.00 | 1,588.00 | 1,532.50 | 18,456.30 | Total: | 243.94 | 2,701.64 | Total: | 267.55 | 3,366.77 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.3850 | Taken: | 0.00 | Balance 8.67 | Checking | Account: ####8683 | Deposit Amount: | 1,076.51 |
| Personal | Accrued: | 0.0000 | Taken: | 0.00 | Balance 2.00 | | | | |
| CompTime | Accrued: | 0.0000 | Taken: | 0.00 | Balance 0.00 | | | | |
| Reward | Accrued: | 0.0000 | Taken: | 0.00 | Balance 3.00 | | | | |
| STS | Accrued: | 0.2310 | Taken: | 0.00 | Balance 0.69 | | | | |
| LTS | Accrued: | 0.0000 | Taken: | 0.00 | Balance 0.00 | | | | |

REMOVE DOCUMENT ALONG THIS PERFORATION

---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**COUNTY OF LEHIGH PENNSYLVANIA**

17 South Seventh Street
Allentown, PA 18101-2400

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/19/2020 | V2580310 |

**TOTAL NET PAY**

******$1,076.51

Your entire Net pay of $1,076.51 has been deposited in your bank account(s).

**Mark A Brandstetter**
5599 COLONY DR
BETHLEHEM, PA 18017-9258

**NOT NEGOTIABLE**

Security Features Included ▭ Details on back

| Statement of Earnings For: | **Mark A Brandstetter** | | | | | County of Lehigh Pennsylvania<br>17 South Seventh Street<br>Allentown, PA 18101-2400 | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 5/2/2020 | Company Id | 07550 | Employee Number | 22131 | | | |
| Period End | 5/15/2020 | Department | 070142 | Pay Group | Cnty of Lehigh Bi | | | |
| Check Date | 5/22/2020 | Check Sort | 01 | SSN | XXX-XX-8215 | | | |
| Federal Filing | Married | Res State PA | | | | PA Exemptions | | PA Additional |
| Fed Exempts | 1 | Work State PA | | | | | | |
| Fed Additional | | Pay Type | Hourly | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2502542 | $0.00 | $1,548.00 | $1,047.10 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.3500 | 80.00 | 1,228.00 | 872.00 | 13,385.20 | SOC SEC EE | 85.55 | 831.52 | Pension PreTax | 77.40 | 763.07 |
| Misc Compensatn | | 64.00 | 320.00 | 245.50 | 1,227.50 | MED EE | 20.01 | 194.47 | Health PreTax | 132.53 | 1,457.83 |
| Wknd Diff 2 | | 0.00 | 0.00 | 16.00 | 32.00 | FEDERAL WH | 67.94 | 579.86 | Vision PreTax | 4.29 | 47.19 |
| Wknd Diff | | 0.00 | 0.00 | 16.00 | 16.00 | PA WH | 42.36 | 411.73 | Dental PreTax | 31.33 | 344.63 |
| Mssd Hrs Prior | | 0.00 | 0.00 | 16.00 | 245.60 | S WHITEHALL TWP | 16.56 | 160.96 | Union Dues | 20.00 | 218.00 |
| Overtime | | 0.00 | 0.00 | 8.00 | 184.20 | PA SUI EE | 0.93 | 9.16 | | | |
| Other 2020 | | 0.00 | 0.00 | 32.00 | 48.00 | S WHITEHALL TWP | 2.00 | 22.00 | | | |
| Other H-M 2020 | | 0.00 | 0.00 | 8.00 | 122.80 | | | | | | |
| *0739-09-1 | | | 1,548.00 | | | | | | | | |
| **Total:** | | 144.00 | 1,548.00 | 1,213.50 | 15,261.30 | **Total:** | 235.35 | 2,209.70 | **Total:** | 265.55 | 2,830.72 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.3850 | Taken: | 0.69 | Balance 8.03 | Checking | Account: ####8683 | Deposit Amount: 1,047.10 |
| Personal | Accrued: | 0.0000 | Taken: | 0.00 | Balance 2.00 | | | |
| CompTime | Accrued: | 0.0000 | Taken: | 0.00 | Balance 0.00 | | | |
| Reward | Accrued: | 0.0000 | Taken: | 0.00 | Balance 3.00 | | | |
| STS | Accrued: | 0.2310 | Taken: | 1.31 | Balance 0.23 | | | |
| LTS | Accrued: | 0.0000 | Taken: | 0.00 | Balance 0.00 | | | |

REMOVE DOCUMENT ALONG THIS PERFORATION

---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**COUNTY OF LEHIGH PENNSYLVANIA**

17 South Seventh Street
Allentown, PA 18101-2400

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/22/2020 | V2502542 |

**TOTAL NET PAY**

******$1,047.10

Your entire Net pay of $1,047.10 has been deposited in your bank account(s).

**Mark A Brandstetter**
5599 COLONY DR
BETHLEHEM, PA 18017-9258

**NOT NEGOTIABLE**

Security Features Included 🔒 Details on back