**Above & Beyond Incorporated**

**33052**

Employee: Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017
SSN: ***-**-2298
Pay Period: 06/12/2020 - 06/25/2020    Pay Date: 06/30/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 10,557.66 |
| Bonus | | | 0.00 | 84.00 |
| | | | 1,346.15 | 10,641.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -26.59 | -210.20 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -136.00 | -1,074.00 |
| Social Security Employee | -83.46 | -659.78 |
| Medicare Employee | -19.52 | -154.30 |
| PA - Income Tax | -41.33 | -326.72 |
| PA - Unemployment | -0.80 | -6.38 |
| | -307.70 | -2,431.38 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 615.36 |
| LST | -2.00 | -16.00 |
| | 74.92 | 599.36 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | | 119:36 |
| YTD | | 8:00 | |

Net Pay    1,113.37    8,809.64

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103

Powered by **Intuit Payroll**

---

**Above & Beyond Incorporated**

**33098**

Employee: Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017
SSN: ***-**-2298
Pay Period: 06/26/2020 - 07/09/2020    Pay Date: 07/14/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 11,903.81 |
| Bonus | | 90.00 | 90.00 | 174.00 |
| | | | 1,436.15 | 12,077.81 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -28.36 | -238.56 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -147.00 | -1,221.00 |
| Social Security Employee | -89.04 | -748.82 |
| Medicare Employee | -20.83 | -175.13 |
| PA - Income Tax | -44.09 | -370.81 |
| PA - Unemployment | -0.87 | -7.25 |
| | -330.19 | -2,761.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 692.28 |
| LST | -2.00 | -18.00 |
| | 74.92 | 674.28 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | | 122:30 |
| YTD | | 8:00 | |

Net Pay    1,180.88    9,990.52

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103

Powered by **Intuit Payroll**

**Above & Beyond Incorporated**

33139

Employee
Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017

SSN
***-**-2298

Pay Period: 07/02/2020 - 07/15/2020

Pay Date: 07/16/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hazardous Pay | | 1,500.00 | 1,500.00 | 1,500.00 |
| Salary | | | 0.00 | 11,903.81 |
| Bonus | | | 0.00 | 174.00 |
| | | | 1,500.00 | 13,577.81 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | | |
| YTD | | 8:00 | 125:24 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -29.63 | -268.19 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -100.00 | -1,321.00 |
| Social Security Employee | -93.00 | -841.82 |
| Medicare Employee | -21.75 | -196.88 |
| PA - Income Tax | -46.05 | -416.86 |
| PA - Unemployment | -0.90 | -8.15 |
| | -291.33 | -3,052.90 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.00 | -20.00 |
| Miles Reimbursement | 0.00 | 692.28 |
| | -2.00 | 672.28 |

| Net Pay | | |
|---|---|---|
| | 1,206.67 | 11,197.19 |

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103

Powered by **Intuit Payroll**

**Above & Beyond Incorporated**  33153

Employee
Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017

SSN
***-**-2298
Pay Period: 07/10/2020 - 07/23/2020      Pay Date: 07/28/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 13,249.96 |
| Bonus | | | 0.00 | 174.00 |
| Hazardous Pay | | | 0.00 | 1,500.00 |
| | | | 1,346.15 | 14,923.96 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | | 128:18 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -26.59 | -294.78 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -136.00 | -1,457.00 |
| Social Security Employee | -83.47 | -925.29 |
| Medicare Employee | -19.52 | -216.40 |
| PA - Income Tax | -41.33 | -458.19 |
| PA - Unemployment | -0.80 | -8.95 |
| | -307.71 | -3,360.61 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 769.20 |
| LST | -2.00 | -22.00 |
| | 74.92 | 747.20 |

| Net Pay | 1,113.36 | 12,310.55 |

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103

Powered by **Intuit Payroll**

---

**Above & Beyond Incorporated**  33195

Employee
Bernadette A Macool-Brandstetter, 5599 Colony Dr, Bethlehem, PA 18017

SSN
***-**-2298
Pay Period: 07/24/2020 - 08/06/2020      Pay Date: 08/11/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,346.15 | 14,596.11 |
| Bonus | 114.00 | 114.00 | 114.00 | 288.00 |
| Hazardous Pay | | | 0.00 | 1,500.00 |
| | | | 1,460.15 | 16,384.11 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 2:54 | | 131:12 |
| YTD | | 8:00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Berkheimer | -28.84 | -323.62 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -150.00 | -1,607.00 |
| Social Security Employee | -90.52 | -1,015.81 |
| Medicare Employee | -21.17 | -237.57 |
| PA - Income Tax | -44.83 | -503.02 |
| PA - Unemployment | -0.88 | -9.83 |
| | -336.24 | -3,696.85 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Miles Reimbursement | 76.92 | 846.12 |
| LST | -2.00 | -24.00 |
| | 74.92 | 822.12 |

| Net Pay | 1,198.83 | 13,509.38 |

Above & Beyond Incorporated, 2232 29th St. SW, Allentown, PA 18103

Powered by **Intuit Payroll**