| Statement of Earnings For: | **Mark A Brandstetter** | | | | | | **County of Lehigh Pennsylvania** | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 22131 | Department | 070142 | Period Begin: | 6/13/2020 | Check Date: | 7/3/2020 | 17 South Seventh Street |
| Clock Number: | | Check Sort | 01 | Period End: | 6/26/2020 | Pay Type: | Hourly | Allentown, PA 18101-2400 |
| SSN: | XXX-XX-8215 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | |
| Company Id: | 07550 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2618725 | $0.00 | $1,652.00 | $1,123.20 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.3500 | 80.00 | 1,228.00 | 1,112.00 | 17,069.20 | SOC SEC EE | 92.00 | 1,106.19 | Pension PreTax | 82.60 | 1,009.80 |
| Wknd Diff 2 | 2.0000 | 8.00 | 8.00 | 32.00 | 56.00 | MED EE | 21.51 | 258.70 | Health PreTax | 132.53 | 1,855.42 |
| Wknd Diff | 1.0000 | 16.00 | 16.00 | 40.00 | 40.00 | FEDERAL WH | 78.19 | 821.62 | Vision PreTax | 4.29 | 60.06 |
| Infectious Dis | 5.0000 | 80.00 | 400.00 | 80.00 | 400.00 | PA WH | 45.55 | 547.73 | Dental PreTax | 31.33 | 438.62 |
| Misc Compensatn | | 0.00 | 0.00 | 388.50 | 1,942.50 | S WHITEHALL | 17.81 | 214.12 | Union Dues | 20.00 | 278.00 |
| Mssd Hrs Prior | | 0.00 | 0.00 | 16.00 | 245.60 | PA SUI EE | 0.99 | 12.12 | | | |
| Overtime | | 0.00 | 0.00 | 8.00 | 184.20 | S WHITEHALL | 2.00 | 28.00 | | | |
| Uniform Allow | | 0.00 | 0.00 | 0.00 | 87.50 | | | | | | |
| Other 2020 | | 0.00 | 0.00 | 32.00 | 48.00 | | | | | | |
| Other H-M 2020 | | 0.00 | 0.00 | 8.00 | 122.80 | | | | | | |
| *0739-09-1 | | | 1,652.00 | 0.00 | 0.00 | | | | | | |
| **Total:** | | 184.00 | 1,652.00 | 1,716.50 | 20,195.80 | **Total:** | 258.05 | 2,988.48 | **Total:** | 270.75 | 3,641.90 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.3850 | Taken: 0.00 | Balance | 9.06 | Checking | Account: ####8683 | Deposit Amount: | 1,123.20 |
| Personal | Accrued: 0.0000 | Taken: 0.00 | Balance | 2.00 | | | | |
| CompTime | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |
| Reward | Accrued: 0.0000 | Taken: 0.00 | Balance | 3.00 | | | | |
| STS | Accrued: 0.2310 | Taken: 0.00 | Balance | 0.92 | | | | |
| LTS | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |



COUNTY OF LEHIGH PENNSYLVANIA    County of Lehigh Pennsylvania
17 South Seventh Street
Allentown, PA 18101-2400

22131 070142 01
**Mark A Brandstetter**
5599 COLONY DR
BETHLEHEM, PA 18017-9258

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/3/2020 | V2618725 |

| TOTAL NET PAY |
|---|
| ******$1,123.20 |

**NOT NEGOTIABLE**

# Employee Pay Details

County of Lehigh Pennsylvania

**Mark A Brandstetter**
For Pay Period: 6/13/2020 - 6/26/2020
Pay Date: 7/3/2020

| Earning | Rate | Hours | Dollars | Department | Labor 2 | Class-Grade-Step |
|---|---:|---:|---:|---|---|---|
| Regular | 15.3500 | 48.00 | 736.80 | 070142 | 41121 | 0739-09-1 |
| Regular | 15.3500 | 32.00 | 491.20 | 070142 | 41121 | 0739-09-1 |
| Wknd Diff 2 | 2.0000 | 8.00 | 8.00 | 070142 | 41121 | 0739-09-1 |
| Wknd Diff | 1.0000 | 16.00 | 16.00 | 070142 | 41121 | 0739-09-1 |
| Infectious Dis | 5.0000 | 48.00 | 240.00 | 070142 | 41121 | 0739-09-1 |
| Infectious Dis | 5.0000 | 32.00 | 160.00 | 070142 | 41121 | 0739-09-1 |
| | | 184.00 | 1,652.00 | | | |

| Statement of Earnings For: | Mark A Brandstetter | | | | | | County of Lehigh Pennsylvania | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 22131 | Department 070142 | | | Period Begin: 6/27/2020 | | Check Date: 7/17/2020 | 17 South Seventh Street | | |
| Clock Number: | Check Sort 01 | | | Period End: 7/10/2020 | | Pay Type: Hourly | Allentown, PA 18101-2400 | | |
| SSN: XXX-XX-8215 | Federal Filing: Married | | | Exemptions: 1 | | Additional Tax: | | | |
| Company Id: 07550 | State Filing: | | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2657269 | $0.00 | $1,448.50 | $973.95 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.3500 | 80.00 | 1,228.00 | 1,192.00 | 18,297.20 | SOC SEC EE | 79.38 | 1,185.57 | Pension PreTax | 72.42 | 1,082.22 |
| Shft Diff 7 | 0.6000 | 1.25 | 0.75 | 1.25 | 0.75 | MED EE | 18.57 | 277.27 | Health PreTax | 132.53 | 1,987.95 |
| Infectious Dis | 3.0000 | 73.25 | 219.75 | 153.25 | 619.75 | FEDERAL WH | 58.49 | 880.11 | Vision PreTax | 4.29 | 64.35 |
| Misc Compensatn | | 0.00 | 0.00 | 388.50 | 1,942.50 | PA WH | 39.31 | 587.04 | Dental PreTax | 31.33 | 469.95 |
| Wknd Diff 2 | | 0.00 | 0.00 | 32.00 | 56.00 | S WHITEHALL | 15.36 | 229.48 | Union Dues | 20.00 | 298.00 |
| Wknd Diff | | 0.00 | 0.00 | 40.00 | 40.00 | PA SUI EE | 0.87 | 12.99 | | | |
| Mssd Hrs Prior | | 0.00 | 0.00 | 16.00 | 245.60 | S WHITEHALL | 2.00 | 30.00 | | | |
| Overtime | | 0.00 | 0.00 | 8.00 | 184.20 | | | | | | |
| Uniform Allow | | 0.00 | 0.00 | 0.00 | 87.50 | | | | | | |
| Other 2020 | | 0.00 | 0.00 | 32.00 | 48.00 | | | | | | |
| Other H-M 2020 | | 0.00 | 0.00 | 8.00 | 122.80 | | | | | | |
| *0739-09-1 | | | 1,448.50 | 0.00 | 0.00 | | | | | | |
| Total: | | 154.50 | 1,448.50 | 1,871.00 | 21,644.30 | Total: | 213.98 | 3,202.46 | Total: | 260.57 | 3,902.47 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.3850 | Taken: 0.00 | Balance | 9.44 | Checking | Account: ####8683 | Deposit Amount: | 973.95 |
| Personal | Accrued: 0.0000 | Taken: 0.84 | Balance | 1.16 | | | | |
| CompTime | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |
| Reward | Accrued: 0.0000 | Taken: 0.00 | Balance | 3.00 | | | | |
| STS | Accrued: 0.2310 | Taken: 0.00 | Balance | 1.16 | | | | |
| LTS | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |



COUNTY OF LEHIGH PENNSYLVANIA
County of Lehigh Pennsylvania
17 South Seventh Street
Allentown, PA 18101-2400

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/17/2020 | V2657269 |

**TOTAL NET PAY**
********$973.95

22131 070142 01

**Mark A Brandstetter**
5599 COLONY DR
BETHLEHEM, PA 18017-9258

**NOT NEGOTIABLE**

## Employee Pay Details
### County of Lehigh Pennsylvania

**Mark A Brandstetter**

For Pay Period: 6/27/2020 - 7/10/2020
Pay Date: 7/17/2020

| Earning | Rate | Hours | Dollars | Department | Labor 2 | Class-Grade-Step |
|---|---|---|---|---|---|---|
| Regular | 15.3500 | 40.00 | 614.00 | 070142 | 41121 | 0739-09-1 |
| Regular | 15.3500 | 40.00 | 614.00 | 070142 | 41121 | 0739-09-1 |
| Shft Diff 7 | 0.6000 | 1.25 | 0.75 | 070142 | 41121 | 0739-09-1 |
| Infectious Dis | 3.0000 | 73.25 | 219.75 | 070142 | 41121 | 0739-09-1 |
|  |  | 154.50 | 1,448.50 |  |  |  |

| Statement of Earnings For: | **Mark A Brandstetter** | | | | | | County of Lehigh Pennsylvania | |
|---|---|---|---|---|---|---|---|---|
| Employee #: 22131 | Department 070142 | | Period Begin: 7/11/2020 | | Check Date: 7/31/2020 | | 17 South Seventh Street | |
| Clock Number: | Check Sort 01 | | Period End: 7/24/2020 | | Pay Type: Hourly | | Allentown, PA 18101-2400 | |
| SSN: XXX-XX-8215 | Federal Filing: Married | | Exemptions: 1 | | Additional Tax: | | | |
| Company Id: 07550 | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2695217 | $0.00 | $1,228.00 | $811.84 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 15.3500 | 80.00 | 1,228.00 | 1,272.00 | 19,525.20 | SOC SEC EE | 65.71 | 1,251.28 | Pension PreTax | 61.40 | 1,143.62 |
| Misc Compensatn | | 0.00 | 0.00 | 388.50 | 1,942.50 | MED EE | 15.37 | 292.64 | Health PreTax | 132.53 | 2,120.48 |
| Wknd Diff 2 | | 0.00 | 0.00 | 32.00 | 56.00 | FEDERAL WH | 37.54 | 917.65 | Vision PreTax | 4.29 | 68.64 |
| Wknd Diff | | 0.00 | 0.00 | 40.00 | 40.00 | PA WH | 32.54 | 619.58 | Dental PreTax | 31.33 | 501.28 |
| Shft Diff 7 | | 0.00 | 0.00 | 1.25 | 0.75 | S WHITEHALL | 12.72 | 242.20 | Union Dues | 20.00 | 318.00 |
| Mssd Hrs Prior | | 0.00 | 0.00 | 16.00 | 245.60 | PA SUI EE | 0.73 | 13.72 | | | |
| Overtime | | 0.00 | 0.00 | 8.00 | 184.20 | S WHITEHALL | 2.00 | 32.00 | | | |
| Uniform Allow | | 0.00 | 0.00 | 0.00 | 87.50 | | | | | | |
| Other 2020 | | 0.00 | 0.00 | 32.00 | 48.00 | | | | | | |
| Other H-M 2020 | | 0.00 | 0.00 | 8.00 | 122.80 | | | | | | |
| Infectious Dis | | 0.00 | 0.00 | 153.25 | 619.75 | | | | | | |
| *0739-09-1 | | | 1,228.00 | 0.00 | 0.00 | | | | | | |
| Total: | | 80.00 | 1,228.00 | 1,951.00 | 22,872.30 | Total: | 166.61 | 3,369.07 | Total: | 249.55 | 4,152.02 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.3850 | Taken: 4.00 | Balance | 5.83 | Checking | Account: ####8683 | Deposit Amount: | 811.84 |
| Personal | Accrued: 0.0000 | Taken: 0.00 | Balance | 1.16 | | | | |
| CompTime | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |
| Reward | Accrued: 0.0000 | Taken: 0.00 | Balance | 3.00 | | | | |
| STS | Accrued: 0.2310 | Taken: 0.00 | Balance | 1.39 | | | | |
| LTS | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |



**COUNTY OF LEHIGH PENNSYLVANIA**
County of Lehigh Pennsylvania
17 South Seventh Street
Allentown, PA 18101-2400

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/31/2020 | V2695217 |

| TOTAL NET PAY |
|---|
| ********$811.84 |

22131 070142 01
**Mark A Brandstetter**
5599 COLONY DR
BETHLEHEM, PA 18017-9258

**NOT NEGOTIABLE**

# Employee Pay Details

County of Lehigh Pennsylvania

**Mark A Brandstetter**

For Pay Period: 7/11/2020 - 7/24/2020
Pay Date:      7/31/2020

| Earning | Rate | Hours | Dollars | Department | Labor 2 | Class-Grade-Step |
|---|---|---|---|---|---|---|
| Regular | 15.3500 | 40.00 | 614.00 | 070142 | 41121 | 0739-09-1 |
| Regular | 15.3500 | 40.00 | 614.00 | 070142 | 41121 | 0739-09-1 |
|  |  | **80.00** | **1,228.00** |  |  |  |