UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Mark Brandstetter<br>    Bernadette Brandstetter<br><br>                    Debtors | Chapter 13<br>Bankruptcy No.20-13111-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 16th day of November, 2020, by first class mail upon those listed below:

Mark Brandstetter
Bernadette Brandstetter
5599 Colony Drive
Bethlehem, PA  18017

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee