United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Mark Brandstetter

Bernadette Brandstetter

    Debtors

Case No. 20-13111-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 3

Date Rcvd: Mar 11, 2021            Form ID: 155            Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Brandstetter, Bernadette Brandstetter, 5599 Colony Drive, Bethlehem, PA 18017-9258 |
| 14522325 | + | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 14522324 | + | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14522330 | + | First Commonwealth Credit Union, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14546588 | + | First Commonwealth Federal Credit Union, 2752 MacArthur Road, Whitehall, PA 18052-3631 |
| 14533164 | | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14531784 | + | NewREZ LLC, dba Shellpoint Mortgage Servicing, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14531453 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14547128 | + | STEWARD FINANCIAL SERVICES, LLC C/O WESTLAKE PORTF, 4751 WILSHIRE BLVD, SUITE 100/, LOS ANGELES CA 90010-3847 |
| 14522334 | + | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14522333 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14522338 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14522339 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14522315 | | Email/Text: bankruptcy@bbandt.com | Mar 12 2021 04:51:00 | Bb&t, P O Box 1847, Wilson, NC 27894 |
| 14535056 | + | Email/Text: bankruptcy@bbandt.com | Mar 12 2021 04:51:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14522317 | + | Email/Text: bnc-capio@quantum3group.com | Mar 12 2021 04:51:00 | Capio Partners Llc, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 14522316 | + | Email/Text: bnc-capio@quantum3group.com | Mar 12 2021 04:51:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14522318 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:18:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14522319 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:16:44 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14536031 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 12 2021 04:12:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14522321 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 04:51:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14522320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 04:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14522323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 04:51:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14522322 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Mar 11, 2021 | Form ID: 155 | Total Noticed: 38

| | | | |
|---|---|---|---|
| | | Mar 12 2021 04:51:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14522326 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 12 2021 04:12:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14522327 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 12 2021 04:16:45 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14522328 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 12 2021 04:12:48 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14522329 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 12 2021 04:12:37 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14535275 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 12 2021 04:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14546881 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 12 2021 04:16:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14522332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 12 2021 04:18:50 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14522331 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 12 2021 04:18:50 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14540329 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 12 2021 04:12:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14533746 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 12 2021 04:51:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14522335 | + Email/Text: jchrist@stewardfs.com | | |
| | | Mar 12 2021 04:51:00 | Steward Financial Svcs, Po Box 39, Maple Shade, NJ 08052-0039 |
| 14522336 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 12 2021 04:12:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14522337 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 12 2021 04:16:44 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14547092 | + Email/Text: bncmail@w-legal.com | | |
| | | Mar 12 2021 04:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021          Signature:          /s/Joseph Speetjens

| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 11, 2021 | Form ID: 155 | Total Noticed: 38 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Bernadette Brandstetter support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Mark Brandstetter support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark Brandstetter and Bernadette
Brandstetter

        Debtor(s)                                Chapter: 13

                                              Bankruptcy No: 20−13111−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 11, 2021 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Patricia M. Mayer
                              Judge ,
                              United States Bankruptcy Court