| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
#### Chapter 13 Case No. 20-13111-PMM

Mark Brandstetter

Bernadette Brandstetter

5599 Colony Drive

Bethlehem  PA    18017

Petition Filed Date: 07/24/2020

341 Hearing Date: 09/22/2020

Confirmation Date: 03/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/01/2020 | $635.00 | | 11/02/2020 | $635.00 | | 11/17/2020 | $635.00 | |
| 12/02/2020 | $635.00 | | 01/04/2021 | $635.00 | | 02/01/2021 | $635.00 | |
| 02/19/2021 | $170.00 | | 03/03/2021 | $805.00 | | 03/31/2021 | $805.00 | |
| 05/03/2021 | $805.00 | | | | | | | |

**Total Receipts for the Period: $6,395.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,395.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | NEWREZ LLC  D/B/A<br>»» 001 | Mortgage Arrears | $31,331.51 | $1,623.20 | $29,708.31 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $165.77 | $0.00 | $165.77 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $2,442.78 | $0.00 | $2,442.78 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $2,486.67 | $0.00 | $2,486.67 |
| 6 | BRANCH BANKING & TRUST CO<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $1,596.40 | $0.00 | $1,596.40 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $522.39 | $0.00 | $522.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,341.79 | $0.00 | $1,341.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $627.72 | $0.00 | $627.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $581.81 | $0.00 | $581.81 |
| 12 | FIRST COMMONWEALTH FCU<br>»» 012 | Unsecured Creditors | $5,178.73 | $0.00 | $5,178.73 |
| 13 | FIRST COMMONWEALTH FCU<br>»» 013 | Unsecured Creditors | $4,662.73 | $0.00 | $4,662.73 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $322.74 | $0.00 | $322.74 |

**Chapter 13 Case No. 20-13111-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $786.13 | $0.00 | $786.13 |
| 16 | WESTLAKE FINANCIAL SERVICES<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,395.00 | Current Monthly Payment: | $805.00 |
| Paid to Claims: | $5,923.20 | Arrearages: | $805.00 |
| Paid to Trustee: | $471.80 | Total Plan Base: | $47,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.