Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 20-13111-PMM

Mark Brandstetter  
Bernadette Brandstetter  
5599 Colony Drive  
Bethlehem  PA  18017

Petition Filed Date: 07/24/2020  
341 Hearing Date: 09/22/2020  
Confirmation Date: 03/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $805.00 | | 09/10/2021 | $6.00 | | 09/13/2021 | $4,025.00 | |
| 10/01/2021 | $805.00 | | 05/04/2022 | $4,019.00 | 1351708265 | 05/31/2022 | $805.00 | 1351708327 |
| 06/22/2022 | $805.00 | 1351708391 | | | | | | |

**Total Receipts for the Period: $11,270.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,860.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | GREGORY FUNDING LLC<br>»» 001 | Mortgage Arrears | $31,331.51 | $11,170.38 | $20,161.13 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $165.77 | $0.00 | $165.77 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $2,442.78 | $0.00 | $2,442.78 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $2,486.67 | $0.00 | $2,486.67 |
| 6 | BRANCH BANKING & TRUST CO<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT STORE NATIONAL BANK<br>»» 007 | Unsecured Creditors | $1,596.40 | $0.00 | $1,596.40 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $522.39 | $0.00 | $522.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,341.79 | $0.00 | $1,341.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $627.72 | $0.00 | $627.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $581.81 | $0.00 | $581.81 |
| 12 | FIRST COMMONWEALTH FCU<br>»» 012 | Unsecured Creditors | $5,178.73 | $0.00 | $5,178.73 |
| 13 | FIRST COMMONWEALTH FCU<br>»» 013 | Unsecured Creditors | $4,662.73 | $0.00 | $4,662.73 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $322.74 | $0.00 | $322.74 |
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $786.13 | $0.00 | $786.13 |

**Chapter 13 Case No. 20-13111-PMM**

| 16 | WESTLAKE FINANCIAL SERVICES<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,860.00 | Current Monthly Payment: | $805.00 |
| Paid to Claims: | $15,470.38 | Arrearages: | $1,610.00 |
| Paid to Trustee: | $1,389.62 | Total Plan Base: | $47,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.