# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Mark Brandstetter<br>Bernadette Brandstetter<br><br>                            Debtor(s) | Case No. 20-13111 PMM<br><br>Chapter 13 |
| BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>                            Movant<br>  v.<br><br>Mark Brandstetter<br>Bernadette Brandstetter<br><br>and<br><br>Scott F. Waterman, Trustee<br>                            Respondents | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant has filed a motion for relief from the automatic stay with the court to permit BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE to foreclose on 5599 Colony Dr, Bethlehem, PA 18017.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 27, 2023,** you or your attorney must do <u>all</u> of the following:

      (a)     file an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, 201 Penn Street, Courtroom 4th Floor, Reading, PA 19601.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)     mail a copy to the movant's attorney:     Powers Kirn, LLC
                                                                                      8 Neshaminy Interplex, Suite 215
                                                                                       Trevose, PA 19053

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on August 8, 2023 at 10:00 am in Courtroom 1, United States Bankruptcy Court, 201 Penn Street, Courtroom 4th Floor, Reading, PA 19601.

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

/s/ Karina Velter, Esquire

Dated: July 12, 2023

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire ; ID 63252
Harry B. Reese, Esquire; ID 310501
Karina Velter, Esquire; ID 94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
Email: bankruptcy@powerskirn.com
Attorney for Movant