| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-13111-PMM

Mark Brandstetter  
Bernadette Brandstetter  
5599 Colony Drive  
Bethlehem  PA   18017  

Petition Filed Date: 07/24/2020  
341 Hearing Date: 09/22/2020  
Confirmation Date: 03/11/2021  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $805.00 | 1351708460 | 09/08/2022 | $805.00 | 1351708461 | 09/08/2022 | $805.00 | 1351708462 |
| 11/08/2022 | $805.00 | 1351708648 | 02/07/2023 | $805.00 | 1351708759 | 02/07/2023 | $805.00 | 1351708760 |
| 02/24/2023 | $2,415.00 | 1351708982 | 03/31/2023 | $1,610.00 | 1351709073 | 06/16/2023 | $805.00 | 5041000195 |
| 06/16/2023 | $805.00 | 5041000196 | | | | | | |

**Total Receipts for the Period:  $10,465.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | GREGORY FUNDING LLC »» 001 | Mortgage Arrears | $31,331.51 | $20,782.08 | $10,549.43 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $165.77 | $0.00 | $165.77 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $2,442.78 | $0.00 | $2,442.78 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $2,486.67 | $0.00 | $2,486.67 |
| 6 | BRANCH BANKING & TRUST CO »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT STORE NATIONAL BANK »» 007 | Unsecured Creditors | $1,596.40 | $0.00 | $1,596.40 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $522.39 | $0.00 | $522.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,341.79 | $0.00 | $1,341.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $627.72 | $0.00 | $627.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $581.81 | $0.00 | $581.81 |
| 12 | FIRST COMMONWEALTH FCU »» 012 | Unsecured Creditors | $5,178.73 | $0.00 | $5,178.73 |
| 13 | FIRST COMMONWEALTH FCU »» 013 | Unsecured Creditors | $4,662.73 | $0.00 | $4,662.73 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $322.74 | $0.00 | $322.74 |

**Chapter 13 Case No. 20-13111-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $786.13 | $0.00 | $786.13 |
| 16 | WESTLAKE FINANCIAL SERVICES<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,325.00 | Current Monthly Payment: | $805.00 |
| Paid to Claims: | $25,082.08 | Arrearages: | $805.00 |
| Paid to Trustee: | $2,242.92 | Total Plan Base: | $47,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.