IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Mark Brandstetter<br>Bernadette Brandstetter<br>Debtor(s) | Chapter 13 Proceeding<br><br>20-13111 PMM |
| BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>Movant<br>v.<br>Mark Brandstetter<br>Bernadette Brandstetter<br>and<br>Scott F. Waterman, Esquire<br>Respondents | |

## ORDER APPROVING STIPULATION

AND NOW, this  26th  day of  October , 2023 , the Stipulation Resolving BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE's Motion for Relief from the Automatic Stay is hereby approved by the Court.

_Patricia M. Mayer_
United State Bankruptcy Judge
Patricia M. Mayer