IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>MARK BRANDSTETTER AND BERNADETTE BRANDSTETTER<br>　　Debtors | Case No. 20-13111-pmm<br><br>Chapter 13 |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>　　Movant | |
| vs.<br>MARK BRANDSTETTER AND BERNADETTE BRANDSTETTER<br>　　Respondents | 11 U.S.C. §362 |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

　　Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1.　　If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **January 9, 2024,** you or your attorney must do all of the following:

　　　　(a)  file an answer explaining your position at:

　　　　　　Clerk's Office, U.S. Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　The Gateway Building
　　　　　　201 Penn Street, Suite 103
　　　　　　Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)  mail a copy to the Movant's attorney:

        Brock and Scott, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **January 16, 2024,** at **10:00 AM**, in Courtroom 4th Floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office in Reading at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

December 22, 2023