IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| In Re: | : |
| **MARK BRANDSTETTER** | : **Bankruptcy No. 20-13111-pmm** |
| **BERNADETTE BRANDSTETTER,** | |
| Debtor | : **Chapter 13** |
| **Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services** | : |
| Movant | : |
| | : |
| v. | : |
| **MARK BRANDSTETTER** | : **11 U.S.C. §362** |
| **BERNADETTE BRANDSTETTER** | |
| and | |
| **SCOTT F. WATERMAN (Chapter 13), ESQUIRE (TRUSTEE)** | |
| Respondent(s) | : |

**CERTIFICATION OF NO ANSWER REGARDING PERITUS PORTFOLIO SERVICES II, LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES'S MOTION FOR RELIEF FROM STAY (DE 72)**

The undersigned hereby certifies that, as of January 9, 2024, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before December 22, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  January 10, 2024                    Respectfully submitted,

                              Brock & Scott, PLLC

                              */s/Andrew Spivack*
                              Andrew Spivack, PA Bar No. 84439
                              Matthew Fissel, PA Bar No. 314567
                              Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| In Re: | : |
| **MARK BRANDSTETTER** | : Bankruptcy No. 20-13111-pmm |
| **BERNADETTE BRANDSTETTER,** | |
| Debtor | : Chapter 13 |
| **Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services** | : |
| Movant | : |
| | : |
| v. | : |
| **MARK BRANDSTETTER** | : 11 U.S.C. §362 |
| **BERNADETTE BRANDSTETTER** | |
| and | |
| **SCOTT F. WATERMAN (Chapter 13), ESQUIRE (TRUSTEE)** | |
| Respondent(s) | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on January 10, 2024 to the following:

MARK BRANDSTETTER
5599 COLONY DRIVE
BETHLEHEM, PA 18017

BERNADETTE BRANDSTETTER
5599 COLONY DRIVE
BETHLEHEM, PA 18017

Paul H. Young, Debtor's Attorney
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
support@ymalaw.com


SCOTT F. WATERMAN (Chapter 13), Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee

Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

        <u>*/s/Andrew Spivack*</u>
        Andrew Spivack, PA Bar No. 84439
        Matthew Fissel, PA Bar No. 314567
        Mario Hanyon, PA Bar No. 203993
        Ryan Starks, PA Bar No. 330002
        Jay Jones, PA Bar No. 86657
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com