| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-13111-PMM

Mark Brandstetter
Bernadette Brandstetter
5599 Colony Drive
Bethlehem  PA     18017

Petition Filed Date: 07/24/2020
341 Hearing Date: 09/22/2020
Confirmation Date: 03/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $805.00 | 5041000380 | 08/25/2023 | $805.00 | 5041000381 | 08/25/2023 | $805.00 | 5041000382 |
| 11/28/2023 | $805.00 | 1650011199 | 11/28/2023 | $805.00 | 1650011200 | 11/28/2023 | $805.00 | 1650011201 |
| 02/29/2024 | $2,415.00 | 5041000779 | 05/21/2024 | $4,025.00 | 5041000995 | | | |

**Total Receipts for the Period: $11,270.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,595.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | NEWREZ LLC D/B/A <br> »» 001 | Mortgage Arrears | $31,331.51 | $30,949.23 | $382.28 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» 002 | Unsecured Creditors | $165.77 | $0.00 | $165.77 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» 003 | Unsecured Creditors | $2,442.78 | $0.00 | $2,442.78 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» 004 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» 005 | Unsecured Creditors | $2,486.67 | $0.00 | $2,486.67 |
| 6 | BRANCH BANKING & TRUST CO <br> »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT STORE NATIONAL BANK <br> »» 007 | Unsecured Creditors | $1,596.40 | $0.00 | $1,596.40 |
| 8 | CAPITAL ONE BANK (USA) NA <br> »» 008 | Unsecured Creditors | $522.39 | $0.00 | $522.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 009 | Unsecured Creditors | $1,341.79 | $0.00 | $1,341.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 010 | Unsecured Creditors | $627.72 | $0.00 | $627.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 011 | Unsecured Creditors | $581.81 | $0.00 | $581.81 |
| 12 | FIRST COMMONWEALTH FCU <br> »» 012 | Unsecured Creditors | $5,178.73 | $0.00 | $5,178.73 |
| 13 | FIRST COMMONWEALTH FCU <br> »» 013 | Unsecured Creditors | $4,662.73 | $0.00 | $4,662.73 |
| 14 | LVNV FUNDING LLC <br> »» 014 | Unsecured Creditors | $322.74 | $0.00 | $322.74 |
| 15 | TD BANK USA NA <br> »» 015 | Unsecured Creditors | $786.13 | $0.00 | $786.13 |

| 16 | WESTLAKE FINANCIAL SERVICES »» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,595.00 | Current Monthly Payment: | $805.00 |
| Paid to Claims: | $35,249.23 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,345.77 | Total Plan Base: | $47,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.