Certificate Number: 03621-PAE-DE-034864319

Bankruptcy Case Number: 20-13111



03621-PAE-DE-034864319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2020, at 9:14 o'clock AM EDT, Mark A Brandstetter completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2020          By:    /s/Lashonda Collins

                                    Name:  Lashonda Collins

                                    Title: Credit Counselor