Certificate Number: 03621-PAE-DE-034864318

Bankruptcy Case Number: 20-13111



03621-PAE-DE-034864318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 9, 2020</u>, at <u>9:59</u> o'clock <u>PM EDT</u>, <u>Bernadette Brandstetter</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 10, 2020</u>    By:  <u>/s/Lashonda Collins</u>

Name:  <u>Lashonda Collins</u>

Title:  <u>Credit Counselor</u>