Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 20-13111-PMM**

Mark Brandstetter  
Bernadette Brandstetter  
5599 Colony Drive  
Bethlehem  PA    18017

Petition Filed Date: 07/24/2020  
341 Hearing Date: 09/22/2020  
Confirmation Date: 03/11/2021

Case Status: Completed on 8/ 7/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/15/2024 | $8,050.00 | 5041001306 | | | | | | |

**Total Receipts for the Period: $8,050.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $47,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | NEWREZ LLC  D/B/A »» 001 | Mortgage Arrears | $31,331.51 | $31,331.51 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $165.77 | $61.43 | $104.34 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $2,442.78 | $905.17 | $1,537.61 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $75.00 | $27.79 | $47.21 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $2,486.67 | $921.43 | $1,565.24 |
| 6 | BRANCH BANKING & TRUST CO »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT STORE NATIONAL BANK »» 007 | Unsecured Creditors | $1,596.40 | $591.54 | $1,004.86 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $522.39 | $193.57 | $328.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,341.79 | $497.20 | $844.59 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $627.72 | $232.60 | $395.12 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $581.81 | $215.59 | $366.22 |
| 12 | FIRST COMMONWEALTH FCU »» 012 | Unsecured Creditors | $5,178.73 | $1,918.97 | $3,259.76 |
| 13 | FIRST COMMONWEALTH FCU »» 013 | Unsecured Creditors | $4,662.73 | $1,727.77 | $2,934.96 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $322.74 | $119.59 | $203.15 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $786.13 | $291.29 | $494.84 |
| 16 | WESTLAKE FINANCIAL SERVICES »» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| 17 | CAPIO PARTNERS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | COMMONWEALTH FINANCIAL SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,450.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $43,335.45 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,114.55 | Total Plan Base: | $47,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.