United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13111-pmm |
| Mark Brandstetter | Chapter 13 |
| Bernadette Brandstetter | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 27, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Brandstetter, Bernadette Brandstetter, 5599 Colony Drive, Bethlehem, PA 18017-9258 |
| 14664327 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKE, c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14664576 | + | Barclays Mortgage Trust 2021-NPL1, c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, ste 215, Trevose, PA 19053-6980 |
| 14522330 | + | First Commonwealth Credit Union, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14546588 | + | First Commonwealth Federal Credit Union, 2752 MacArthur Road, Whitehall, PA 18052-3631 |
| 14531784 | + | NewREZ LLC, dba Shellpoint Mortgage Servicing, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14841179 | + | Peritus Portfolio Services II, LLC, servicer for Westlake Financial Services, c/o Matthew FIssel, Esq., 3825 Forrestgage Drive, Winston Salem, NC 27103-2930 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 28 2025 00:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 28 2025 00:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14522315 | | Email/Text: bankruptcy@bbandt.com | Aug 28 2025 00:44:00 | Bb&t, P O Box 1847, Wilson, NC 27894 |
| 14535056 | + | Email/Text: bankruptcy@bbandt.com | Aug 28 2025 00:44:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14522317 | + | Email/Text: bnc-capio@quantum3group.com | Aug 28 2025 00:44:00 | Capio Partners Llc, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 14522316 | + | Email/Text: bnc-capio@quantum3group.com | Aug 28 2025 00:44:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14522318 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:56:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14522319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:56:56 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14536031 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2025 00:56:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14522321 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2025 00:44:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14522320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 28 2025 00:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14522323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2025 00:44:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14522322 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2025 00:44:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14522324 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 28 2025 00:43:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14522325 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 28 2025 00:43:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 14522326 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2025 00:56:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14522327 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2025 00:56:44 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14522328 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:56:49 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14522329 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:56:49 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14535275 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14546881 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 00:56:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14533164 | | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 00:43:00 | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14531453 | ^ | MEBN | Aug 28 2025 00:37:58 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14841028 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 28 2025 00:44:00 | Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14522332 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 00:56:40 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14522331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 00:56:47 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14540329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 00:56:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14841027 | + | Email/Text: EBN@brockandscott.com | Aug 28 2025 00:43:00 | Peritus Portfolio Services II ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14533746 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14547128 | ^ | MEBN | Aug 28 2025 00:38:11 | STEWARD FINANCIAL SERVICES, LLC C/O WESTLAKE PORTF, 4751 WILSHIRE BLVD, SUITE 100/, LOS ANGELES CA 90010-3847 |
| 14522334 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 00:43:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14522333 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 00:43:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14522336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:56:39 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14522337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 28 2025 00:56:54 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14547092 | + | Email/Text: bncmail@w-legal.com | Aug 28 2025 00:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14522339 | + | Email/Text: bncmail@w-legal.com | Aug 28 2025 00:44:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14522338 | + | Email/Text: bncmail@w-legal.com | Aug 28 2025 00:44:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14902002 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 00:43:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14522335 | ##+ | Steward Financial Svcs, Po Box 39, Maple Shade, NJ 08052-0039 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2025                Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

HARRY B. REESE
on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, bankruptcy@powerskirn.com

MICHELLE L. MCGOWAN
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

PAUL H. YOUNG
    on behalf of Joint Debtor Bernadette Brandstetter support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor Mark Brandstetter support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*Form 138OBJ* (6/24)−doc 92 − 85

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Mark Brandstetter | ) | Case No. 20−13111−pmm |
| | ) | |
| | ) | |
|    Bernadette Brandstetter | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court